FAYE ARAGON
POB 217851 GMF BARRIGADA GUAM 96921
477-3124

# FILED
DISTRICT COURT OF GUAM

DEC 30 2004

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

04-00055

FAYE ARAGON

VS.

GUAM MEMORIAL HOSPITAL
MEDICAL STAFF
ATTENDING PHYSICIANS AND NURSES

MEDICAL MALPRACTICE

OBSTRUCTION OF EVIDENCE
FALSE STATEMENTS
CRIMINAL VIOLATION
CIVIL VIOLATION
PERSONAL INJURY
THIRD PARTY MANIPULATION

INFLICTING CONFLICT UPON
 VICTIM AND FAMILY
ATTEMPTED MURDER

## JURISDICTION
United States District Court of Guam USA

## COMPLAINT

Multiple complaints on Medical Malpractice, Federal/Criminal/Civil Rights Violation, Attempted Murder, Obstruction of Evidence, Third Party Manipulation, Inflicting Conflict, and False Statements

## DEMAND

Appropriate compensation and punitive damages. Additional compensation on loss of income, expenses incurred, loss of/damage to property, disrupted obligations, personal safety, abnormal standard of living, trauma and fatigue, extreme suffering, other cases incurred.