FILED
DISTRICT COURT OF GUAM
JAN 2 1 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| FAYE ARAGON, | Civil Case No. 04-00055 |
| Plaintiff, | |
| vs. | |
| GUAM MEMORIAL HOSPITAL MEDICAL STAFF, ATTENDING PHYSICIANS AND NURSES, | ORDER |
| Defendants. | |

On December 30, 2004, the Plaintiff, *pro se*, initiated the instant action. On January 6, 2005, the below-signed judge recommended that the case be dismissed on the basis that it failed to state a claim on which relief may be granted. See Docket No. 3. The Court advised the Plaintiff that she could file a written objection to the Court's recommendation within ten (10) days of service of the recommendation upon her.

On January 18, 2005, the Plaintiff submitted a letter addressed to the below-signed judge. The letter requested an extension of time to file her objection to the Court's recommendation. The Court will forward this letter to the Clerk's Office. The Clerk of Court is directed to file and docket the letter in the case file.

Pursuant to General Order No. 04-00016, objections to the Magistrate Judge's recommendations on case-dispositive matters shall be filed within ten (10) days of receipt thereof. This 10-day period, however, may only be enlarged by the District Judge. Because the Court's January 6, 2005 recommendation dealt with a case-dispositive matter, the below-

signed judge can not grant the extension which the Plaintiff seeks. Instead, the Clerk of Court is instructed to notify the District Judge of the Plaintiff's request for an extension of time to file her objection to the recommendation.

SO ORDERED this 21st day of January 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge