ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FAYE ARAGON,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM MEMORIAL HOSPITAL MEDICAL STAFF, ATTENDING PHYSICIANS AND NURSES,<br><br>Defendants. | Civil Case No. 04-00055<br><br>ORDER |

On December 30, 2004, the Plaintiff, *pro se*, filed a Complaint and Application to Proceed Without Prepayment of Fees and Affidavit ('the Application"). The Magistrate Judge issued an order on January 6, 2005, wherein, he granted the application to proceed without prepayment of fees and recommended that the case be dismissed for failure to state a claim. Thereafter, the plaintiff submitted a letter to the Magistrate Judge requesting additional time in which to file an objection to the recommendation to dismiss. Because the Magistrate Judge made a recommendation to dismiss the complaint, the Magistrate Judge declined to rule on the request for an extension and instructed the Clerk of Court to notify the District Judge of the plaintiff's request.[1]

---

[1] *See* January 21, 2005 Order, Doc. No. 4.

After review of the January 6, 2005 Order, this Court concurs with the Magistrate Judge's recommendation and affirms his order in its entirety. The plaintiff's complaint consists of only three paragraphs. They are as follows:

### JURISDICTION

United States District Court of Guam USA.

### COMPLAINT

Multiple complaints on Medical Malpractice, Federal/Criminal/Civil Rights Violation, Attempted Murder, Obstruction of Evidence, Third Party Manipulation, Inflicting Conflict, and False Statements

### DEMAND

Appropriate compensation and punitive damages. Additional compensation on loss of income, expenses incurred, loss of/damage to property, disrupted obligations, personal safety, abnormal standard of living, trauma and fatigue, extreme suffering, other cases incurred.

Under the most liberal construction, the complaint as drafted fails to allege any facts upon which relief can be granted. Accordingly, the Court hereby **DISMISSES** the complaint for failure to state a claim. The plaintiff may file an amended complaint within 30 days of the date of this Order. The plaintiff is cautioned that failure to file an amended complaint may result in the dismissal of this action. Furthermore, the Court denies the plaintiff's request for additional time to file an objection to the Magistrate Judge's recommendation. Such a filing would be a waste of time and otherwise prove to be unpersuasive.

**SO ORDERED** this 7th day of February 2005.

DAVID W. HAGEN[*]
UNITED STATES DISTRICT JUDGE

Notice is hereby given that this document was entered on the docket on FEB 0 7 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ FEB 0 7 2005
Deputy Clerk    Date

---

[*]The Honorable David W. Hagen, United States Senior District Judge for Nevada, by designation.