```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FAYE ARAGON,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM MEMORIAL HOSPITAL MEDICAL STAFF, ATTENDING PHYSICIANS AND NURSES,<br><br>    Defendants. | Civil Case No. 04-00055<br><br>ORDER |

On December 30, 2004, the Plaintiff, *pro se*, filed a Complaint and Application to Proceed Without Prepayment of Fees and Affidavit ('the Application"). The U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr. issued an order on January 6, 2005, wherein, he granted the application to proceed without prepayment of fees and recommended that the case be dismissed for failure to state a claim. Thereafter, District Court Judge David W. Hagen issued an Order on February 7, 2005 wherein he concurred with the U.S. Magistrate Judge's recommendation. The Court ordered the plaintiff to file an amended complaint within 30 days from date of the order. However, the plaintiff has failed to file an amended complaint as ordered. Therefore, pursuant to Rule 41 of the Rules of Civil Procedure, the

///

| | |
|---|---|
| 1 | Court hereby DISMISSES the complaint without prejudice. |
| 2 | SO ORDERED this 16th day of March, 2005. |

*/s/ Ronald S.W. Lew*<br>
RONALD S.W. LEW*<br>
Designated District Judge

Notice is hereby given that this document was entered on the docket on **MAR 17 2005**. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _/s/_ MAR 17 2005
Deputy Clerk    Date

---

*The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, by designation.